

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00329-CV

**SAVASENIORCARE ADMINISTRATIVE SERVICES, L.L.C.**, SSC Rio Grande City
Operating Company, L.P. and Mark Anthony West,
Appellants

v.

Elias **CANTU**, Jr., Hector Cantu, Mary Cantu, Cynthia Cantu, Leticia Cantu, Emilio Cantu, and
Ivar Cantu, Individually and as the Heirs of Maria Maldonado Cantu, Decedent,
Appellees

From the 381st Judicial District Court, Starr County, Texas
Trial Court No. DC-13-669
Honorable Jose Luis Garza, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE MARTINEZ

In accordance with this court's memorandum opinion of this date, the trial court's April 14, 2014 order overruling objections to an expert report and denying a motion to dismiss is REVERSED, and this case is REMANDED to the trial court for further proceedings consistent with this opinion. It is ORDERED that Appellants Savaseniorcare Administrative Services L.L.C., SSC Rio Grande City Operating Company L.P., and Mark Anthony West recover their costs of appeal from Appellees Elias Cantu Jr., Hector Cantu, Mary Cantu, Cynthia Cantu, Leticia Cantu, Emilio Cantu, and Ivar Cantu, Individually and as the Heirs of Maria Maldonado Cantu, Decedent.

SIGNED October 22, 2014.

_____
Karen Angelini, Justice